## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RICHARD G. RIESS | § | Case No. 11-19918 |
| SANDRA M. RIESS | § | |
| | § | |
| | § | |
| Debtors | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                        219 S. Dearborn Street
                        Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 02/05/2016 in Courtroom 240,
                        Kane County Courthouse
                        100 S. Third Street
                        Geneva Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/05/2016              By: /s/ Brenda Porter Helms
                                            Trustee


*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
RICHARD G. RIESS § Case No. 11-19918
SANDRA M. RIESS §
§
Debtors §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 181,915.75 |
| and approved disbursements of | $ | 113,688.24 |
| leaving a balance on hand of[1] | $ | 68,227.51 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 1 | VELEDA JO LEVY AND CREEKS BEN LEVY | $ 61,654.35 | $ 68,220.40 | $ 68,220.40 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 68,227.51 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BRENDA PORTER HELMS | $ 10,838.29 | $ 0.00 | $ 10,838.29 |
| Other: INTRENATIONAL SURETIES LTD. | $ 452.73 | $ 452.73 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| | Total to be paid for chapter 7 administrative expenses | $ | 10,838.29 |
|---|---|---|---|
| | Remaining Balance | $ | 57,389.22 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 6,622.94 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | INTERNAL REVENUE SERVICE | $ 6,622.94 | $ 0.00 | $ 6,622.94 |

| | Total to be paid to priority creditors | $ | 6,622.94 |
|---|---|---|---|
| | Remaining Balance | $ | 50,766.28 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 158,405.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 32.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | American InfoSource LP as agent | $ 7,628.81 | $ 0.00 | $ 2,444.91 |
| 3 | RJM ACQUISITIONS LLC | $ 91.96 | $ 0.00 | $ 29.47 |
| 5 | AMERICAN EXPRESS BANK | $ 7,975.63 | $ 0.00 | $ 2,556.06 |
| 6 | CAPITAL ONE | $ 2,413.41 | $ 0.00 | $ 773.46 |
| 7 | CAPITAL ONE BANK | $ 3,650.10 | $ 0.00 | $ 1,169.80 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | GLOOR LAW GROUP LLC | $ 44,338.00 | $ 0.00 | $ 14,209.60 |
| 10 | Bellande & Sargis Law Group | $ 4,196.76 | $ 0.00 | $ 1,344.99 |
| 11 | Bellande & Sargis Law Group | $ 88,110.58 | $ 0.00 | $ 28,237.99 |
| 12 | JEANETTE DUDA | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors                    $      50,766.28

Remaining Balance                                                          $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Brenda Porter Helms
                                                            Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 11-19918-DRC
Richard G. Riess                                                        Chapter 7
Sandra M. Riess
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: mflowers              Page 1 of 2                  Date Rcvd: Jan 05, 2016
                              Form ID: pdf006             Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 07, 2016.
db/jdb         +Richard G. Riess,    Sandra M. Riess,    3528 83rd St.,    Woodridge, IL 60517-3631
17256488        American Express,    P.O. Box 981535,    El Paso, TX 79998-1535
17787309        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
20320041        American InfoSource LP as agent for TD Bank, USA,    PO Box 248866,
                 Oklahoma City, OK 73124-8866
17256490       +Attorney Marc W. Sargis,    7366 N. Lincoln Av.,    Suite #206,   Lincolnwood, IL 60712-1739
22432280       +Bellande & Sargis Law Group, LLP,    John V Del Gaudio Jr Ltd,    3533 Magnolia Dr,
                 Markham, IL 60428-2794
17256491      +++Ben H. Levy & Veleda Jo Levy,    Teller, Levit & Silvertrust, P.C,
                 19 South LaSalle Street, Suite 701,    Chicago, IL 60603-6369
17256493       +CCIP/2 Highcrest, LLC.,    c/o Highcrest Townhomes,    3514 83rd St.,   Woodridge, IL 60517-3631
17256492        Capital One,   PO Box 30285,    Salt Lake City, UT 84130-0285
17934087        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
17256494       +Central DuPage Hospital,    25 North Winfield Road,    Winfield, IL 60190-1295
17256495       +Citibank Mastercard,   Citibank South Dakota N.A.,    P.O. Box 653034,    Dallas, TX 75265-3034
17256496       +Creekside South LLC,   c/o Ben H. Levy,    274 Southland Dr. Ste.#103,
                 Lexington, KY 40503-1946
17256497       +Delnor Hospital,   300 Randell Rd.,    Geneva, IL 60134-4202
17256498       +Edward Hospital,   P.O. Box 843442,    Kansas City, MO 64184-3442
17803933       +Gloor Law Group LLC,   225 W Wacker Dr,    Ste #1800,   Chicago, IL 60606-1274
17256500       +Health Care Recovery,   1515 190th St.,    Ste. #350,   Gardena, CA 90248-4910
18015886       +Jeanette M Duda,   1700 Robine Lane, #373,    Lisle, IL 60532-6910
17617685       +Mark R. Sargis,   John V. Del Gaudio, Jr., Ltd.,    3533 Magnolia Dr.,    Markham,IL 60428-2794
17256503       +Orthopedics DuPage,   27650 Ferry Rd.,    Warrenville, IL 60555-3845
17717261       #+Rjm Acquisitions Llc,    575 Underhill Blvd,    Suite 224,   Syosset, NY 11791-3416
17256504       +Target Visa,   Target National Bank,    P.O. Box 1581,   Minneapolis, MN 55440-1581
17256507       +Transworld,   1375 E. Woodfield,    Schaumburg, IL 60173-5423
17256508       +U.S. Bank N.A. ttee CMLTI2007-WFHE1,    c/o Pierce and Assoc.,    One No. Dearborn St. 13th Floor,
                 Chicago, IL 60602-4321

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17256489       +E-mail/Text: sofie.skalicky@atipt.com Jan 06 2016 01:40:43      ATI Physical Therepy,
                 790 Remington Blvd.,    Bolingbrook, IL 60440-4909
17640524        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 06 2016 01:49:38
                 American InfoSource LP as agent for,    Target,   PO Box 248866,
                 Oklahoma City, OK 73124-8866
17256499       +E-mail/Text: bankruptcy@hraccounts.com Jan 06 2016 01:40:16      H & R Accounts,
                 7017 John Deere Pkwy.,    Moline, IL 61265-8072
17256501        E-mail/Text: rev.bankruptcy@illinois.gov Jan 06 2016 01:41:12
                 Illinois Department of Revenue,    Bankruptcy Section Level 7-425,    100 W. Randolph Street,
                 Chicago, IL 60602
17937207        E-mail/Text: rev.bankruptcy@illinois.gov Jan 06 2016 01:41:12
                 Illinois Department of Revenue,    Bankruptcy Section,   P.O. Box 64338,
                 Chicago, IL 60664-0338
17256502        E-mail/Text: cio.bncmail@irs.gov Jan 06 2016 01:40:27      Internal Revenue Service,   PO 7346,
                 Philadelphia, PA 19101-7346
20720571        E-mail/PDF: rmscedi@recoverycorp.com Jan 06 2016 01:37:16
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17256505     ##+Teller Levit & Silvertrust,   Attn: Kevin Posen,    11 E. Adams, Ste. #800,
                 Chicago, IL 60603-6324
17256506     ##+Teller Levit & Silvertrust,   Attn: Kevin Posen,    11 E. Adams St. Ste. #800,
                 Chicago, IL 60603-6324
                                                                                   TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: mflowers              Page 2 of 2                  Date Rcvd: Jan 05, 2016
                              Form ID: pdf006             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 5, 2016 at the address(es) listed below:
              Adham    Alaily    on behalf of Creditor Ben H. Levy aalaily@ea-atty.com
              Adham    Alaily    on behalf of Creditor    South Broadway Marketplace aalaily@ea-atty.com
              Adham    Alaily    on behalf of Creditor Veleda Jo Levy aalaily@ea-atty.com
              Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,    bhelms@ecf.epiqsystems.com
              David P Gloor    on behalf of Other Prof.    GLOOR LAW GROUP, LLC pgloor@gloorlaw.com,
               gnoble@gloorlaw.com
              David P Gloor    pgloor@gloorlaw.com,    gnoble@gloorlaw.com
              David P Gloor    on behalf of Debtor 2 Sandra M. Riess pgloor@gloorlaw.com,    gnoble@gloorlaw.com
              David P Gloor    on behalf of Debtor 1 Richard G. Riess pgloor@gloorlaw.com,    gnoble@gloorlaw.com
              David P Gloor    on behalf of Other Prof. David P Gloor pgloor@gloorlaw.com,    gnoble@gloorlaw.com
              John V Delgaudio, Jr    on behalf of Creditor    Bellande & Sargis Law Group, L.L.P.
               lawyerjohnd@icloud.com,    lawyerjvd@gmail.com
              John V Delgaudio, Jr    on behalf of Creditor Mark R Sargis lawyerjohnd@icloud.com,
               lawyerjvd@gmail.com
              Joseph A Stewart    on behalf of Creditor    United States joseph.stewart@usdoj.gov,
               sharon.rodgers@usdoj.gov
              Kent A Gaertner    on behalf of Debtor 2 Sandra M. Riess kgaertner@springerbrown.com,
               kgaertner@springerbrown.com;jkrafcisin@springerbrown.com
              Kent A Gaertner    on behalf of Debtor 1 Richard G. Riess kgaertner@springerbrown.com,
               kgaertner@springerbrown.com;jkrafcisin@springerbrown.com
              Kent A Gaertner    on behalf of Trustee Brenda Porter Helms, ESQ kgaertner@springerbrown.com,
               kgaertner@springerbrown.com;jkrafcisin@springerbrown.com
              Kevin Posen    on behalf of Creditor    Creekside South tls@tellerlevit.com
              Mark R Sargis    on behalf of Creditor Mark R Sargis msargis@bellandesargis.com,
               hbaker@bellandesargis.com
              Mark R Sargis    on behalf of Creditor    Bellande & Sargis Law Group, L.L.P.
               msargis@bellandesargis.com,    hbaker@bellandesargis.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard L Hirsh    on behalf of Trustee Brenda Porter Helms, ESQ richala@sbcglobal.net,
               rlhpc2@sbcglobal.net
                                                                                             TOTAL: 20
```