UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| RICHARD G. RIESS | § | Case No. 11-19918 |
| SANDRA M. RIESS | § | |
| | § | |
| Debtors | § | |

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Amended Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/10/2011. The undersigned trustee was appointed on 05/10/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| 4. The trustee realized gross receipts of | $ | 181,915.75 |
|---|---|---|
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 8,953.29 |
| Bank service fees | | 6,364.55 |
| Other payments to creditors | | 68,220.40 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 30,150.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 68,227.51 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/03/2011 and the deadline for filing governmental claims was 11/03/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 10,838.29 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 5,110.50 , for a total compensation of $ 5,110.50 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/22/2016              By:/s/BRENDA PORTER HELMS, TRUSTEE
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 11-19918 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | RICHARD G. RIESS | | | | Date Filed (f) or Converted (c): | 05/10/2011 (f) |
| | SANDRA M. RIESS | | | | 341(a) Meeting Date: | 07/13/2011 |
| For Period Ending: | 06/22/2016 | | | | Claims Bar Date: | 11/03/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 200.00 | 0.00 | | 0.00 | FA |
| 2. BANK OF AMERICA CHECKING ACCOUNT ENDING IN #3249 | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. SECURITY DEPOSIT ON 83RD ST. PROPERTY | 700.00 | 0.00 | | 0.00 | FA |
| 4. Household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 6. Furs & Jewelry | 700.00 | 0.00 | | 0.00 | FA |
| 7. TWO TERM LIFE INSURANCE POLICIES- NO CASH SURRENDE | 0.00 | 0.00 | | 0.00 | FA |
| 8. ONE THIRD INTEREST IN SETTLEMENT OF CASE #08 L 000 | 33,333.00 | 0.00 | | 92,500.00 | FA |
| 9. ONE THIRD INTEREST IN SETTLEMENT OF CASE #08 L 000 | 33,333.00 | 0.00 | | 7,500.00 | FA |
| 10. Contingent Claims | 81,900.00 | 0.00 | | 81,900.00 | FA |
| 11. 1998 Chevy S-10 w/ 80,000 miles | 2,400.00 | 0.00 | | 0.00 | FA |
| 12. 1996 Dodge Ram Van w/ 120,000 miles | 1,500.00 | 0.00 | | 0.00 | FA |
| 13. refund on joint 2010 tax return (u) | 534.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits           (u) | Unknown | N/A | | 15.75 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $157,100.00       $0.00       $181,915.75       $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Creditors are arguing over claims filed. Next hearing scheduled for 11/21/14
Claim objections between creditors resolved 6/15. Trustee preparing TFR

UST Form 101-7-TFR (5/1/2011) (Page: 3)

Initial Projected Date of Final Report (TFR): 12/31/2013    Current Projected Date of Final Report (TFR): 12/30/2015

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 11-19918  
Case Name: RICHARD G. RIESS  
SANDRA M. RIESS  
Taxpayer ID No: XX-XXX6787  
For Period Ending: 06/22/2016  

Trustee Name: BRENDA PORTER HELMS, TRUSTEE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX1350  
Checking - Non Interest  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | $176,766.08 | | $176,766.08 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $61.75 | $176,704.33 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $112.58 | $176,591.75 |
| 12/04/12 | 10001 | BEN LEVY, VELEDA JO LEVY AND CREEKS South LLC | Final Distribution Payment of claim #1 per order 11/26/12 [dkt 68] | 4210-000 | | $68,220.40 | $108,371.35 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $108.87 | $108,262.48 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $81.59 | $108,180.89 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $160.82 | $108,020.07 |
| 02/15/13 | 10002 | INTERNATIONAL SURETIES LTD | Bond #016026455 | 2300-000 | | $96.68 | $107,923.39 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $145.05 | $107,778.34 |
| 03/23/13 | 10003 | REISS, SANDRA | debtor's exemption | 8100-000 | | $2,550.00 | $105,228.34 |
| 03/23/13 | 10004 | REISS, RICHARD | debtor's exemption | 8100-000 | | $15,000.00 | $90,228.34 |
| 03/23/13 | 10005 | REISS, SANDRA | debtor's exemption | 8100-000 | | $7,500.00 | $82,728.34 |
| 03/23/13 | 10006 | RICHARD AND SANDRA REISS | debtors exemption | 8100-000 | | $2,550.00 | $80,178.34 |
| 04/01/13 | 10003 | Reverses Check # 10003 | debtor's exemption | 8100-000 | | ($2,550.00) | $82,728.34 |
| 04/01/13 | 10004 | Reverses Check # 10004 | debtor's exemption | 8100-000 | | ($15,000.00) | $97,728.34 |
| 04/01/13 | 10005 | Reverses Check # 10005 | debtor's exemption | 8100-000 | | ($7,500.00) | $105,228.34 |
| 04/01/13 | 10006 | Reverses Check # 10006 | debtors exemption | 8100-000 | | ($2,550.00) | $107,778.34 |

UST Form 101-7-TFR (5/1/2011) (Page: 5)  Page Subtotals:  $176,766.08  $68,987.74

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 11-19918  
Case Name: RICHARD G. RIESS  
SANDRA M. RIESS  
Taxpayer ID No: XX-XXX6787  
For Period Ending: 06/22/2016  

Trustee Name: BRENDA PORTER HELMS, TRUSTEE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX1350  
Checking - Non Interest  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/01/13 | 10007 | REISS, SANDRA | debtor's exemption | 8100-002 | | $2,550.00 | $105,228.34 |
| 04/01/13 | 10008 | REISS, RICHARD | debtor's exemption | 8100-002 | | $15,000.00 | $90,228.34 |
| 04/01/13 | 10009 | REISS, SANDRA | debtor's exemption | 8100-002 | | $7,500.00 | $82,728.34 |
| 04/01/13 | 10010 | RICHARD AND SANDRA REISS | debtors exemption | 8100-002 | | $2,550.00 | $80,178.34 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $160.23 | $80,018.11 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $120.42 | $79,897.69 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $118.79 | $79,778.90 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $114.78 | $79,664.12 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $118.44 | $79,545.68 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $118.26 | $79,427.42 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $114.29 | $79,313.13 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $117.92 | $79,195.21 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $113.94 | $79,081.27 |
| 12/17/13 | 10011 | RICHARD L. HIRSH P.C. | attornyes fees Paid per order 12/13/13 [dkt 127] | 3210-000 | | $8,473.50 | $70,607.77 |
| 12/17/13 | 10012 | RICAHRD L. HIRSH P.C. | Attorney expenses Paid per order 12/13/13 [dkt 127] | 3220-000 | | $27.06 | $70,580.71 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $114.31 | $70,466.40 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $104.77 | $70,361.63 |

UST Form 101-7-TFR (5/1/2011) (Page: 6)     Page Subtotals:     $0.00     $37,416.71

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-19918
Case Name: RICHARD G. RIESS
SANDRA M. RIESS
Taxpayer ID No: XX-XXX6787
For Period Ending: 06/22/2016

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX1350
Checking - Non Interest
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/15/14 | 10013 | INTERNATIONAL SURETIES LTD 701 Polydras St. #420 New Orleans LA 70139 | Bond premiun bond #016026455 | 2300-000 | | $66.86 | $70,294.77 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $94.48 | $70,200.29 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $104.37 | $70,095.92 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $100.85 | $69,995.07 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $104.06 | $69,891.01 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $100.55 | $69,790.46 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $103.76 | $69,686.70 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $103.61 | $69,583.09 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $100.12 | $69,482.97 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $103.30 | $69,379.67 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $99.82 | $69,279.85 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $102.99 | $69,176.86 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $102.85 | $69,074.01 |
| 02/19/15 | 10014 | ARTHUR B. LEVINE COMPANY | bond premium | 2300-000 | | $49.41 | $69,024.60 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $92.75 | $68,931.85 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $102.48 | $68,829.37 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $99.03 | $68,730.34 |

UST Form 101-7-TFR (5/1/2011) (Page: 7)    Page Subtotals:    $0.00    $1,631.29

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 11-19918
Case Name: RICHARD G. RIESS
SANDRA M. RIESS
Taxpayer ID No: XX-XXX6787
For Period Ending: 06/22/2016

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX1350
Checking - Non Interest
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $102.18 | $68,628.16 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $98.73 | $68,529.43 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $101.88 | $68,427.55 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $101.73 | $68,325.82 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $98.31 | $68,227.51 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $176,766.08 | $108,538.57 |
| Less: Bank Transfers/CD's | $176,766.08 | $0.00 |
| Subtotal | $0.00 | $108,538.57 |
| Less: Payments to Debtors | $0.00 | $27,600.00 |
| Net | $0.00 | $80,938.57 |

UST Form 101-7-TFR (5/1/2011) (Page: 8)        Page Subtotals:        $0.00        $502.83

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 11-19918
Case Name: RICHARD G. RIESS
              SANDRA M. RIESS
Taxpayer ID No: XX-XXX6787
For Period Ending: 06/22/2016

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: Bank of America
Account Number/CD#: XXXXXX6025
Money Market - Interest Bearing
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/28/11 | 10 | BELLANDE & SARGIS LAW GROUP 19 S. LaSalle St #1203Chicago IL 60603 | turnover of escrow account | 1129-000 | $81,900.00 | | $81,900.00 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.65 | | $81,900.65 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $97.61 | $81,803.04 |
| 11/12/11 | 8 | WALSH KNIPPEN KNIGHT & POLLOCK 2150 Manchester Road #200Wheaton IL 60187 | lawsuit proceeds | 1129-000 | $85,000.00 | | $166,803.04 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $1.00 | | $166,804.04 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $149.76 | $166,654.28 |
| 12/01/11 | 8 | STATE FARM FIRE AND CASUALTY CO Bloomington IL | partial proceeds of lawsuit | 1142-000 | $7,500.00 | | $174,154.28 |
| 12/01/11 | 9 | STATE FARM FIRE AND CASUALTY CO Bloomington IL | partial proceeds of state court lit | 1142-000 | $7,500.00 | | $181,654.28 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $1.51 | | $181,655.79 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $220.26 | $181,435.53 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $1.55 | | $181,437.08 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $237.95 | $181,199.13 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $1.44 | | $181,200.57 |
| 02/29/12 | 101 | INTRENATIONAL SURETIES LTD. | Trustee bond | 2300-000 | | $239.78 | $180,960.79 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $215.36 | $180,745.43 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $1.52 | | $180,746.95 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $222.28 | $180,524.67 |

UST Form 101-7-TFR (5/1/2011) (Page: 9)          Page Subtotals:          $181,907.67          $1,383.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 11-19918
Case Name: RICHARD G. RIESS
SANDRA M. RIESS
Taxpayer ID No: XX-XXX6787
For Period Ending: 06/22/2016

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: Bank of America
Account Number/CD#: XXXXXX6025
Money Market - Interest Bearing
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/14/12 | 102 | RICHARD AND SANDRA RIESS | exemption in Tronox claims | 8100-002 | | $2,550.00 | $177,974.67 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $1.48 | | $177,976.15 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $228.10 | $177,748.05 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $1.51 | | $177,749.56 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $225.83 | $177,523.73 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $1.45 | | $177,525.18 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $210.99 | $177,314.19 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $1.51 | | $177,315.70 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $232.54 | $177,083.16 |
| 08/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $1.50 | | $177,084.66 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $224.98 | $176,859.68 |
| 09/14/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $0.63 | | $176,860.31 |
| 09/14/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET10TH FLOORDALLAS, TX 75283 | BANK FEES | 2600-000 | | $94.23 | $176,766.08 |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | $176,766.08 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $181,915.75 | $181,915.75 |
| Less: Bank Transfers/CD's | $0.00 | $176,766.08 |
| Subtotal | $181,915.75 | $5,149.67 |
| Less: Payments to Debtors | $0.00 | $2,550.00 |

UST Form 101-7-TFR (5/1/2011) (Page: 10)

Page Subtotals: $8.08 $180,532.75

$2,599.67

$181,915.75

Net

$0.00

$0.00

Page Subtotals:

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1350 - Checking - Non Interest | $0.00 | $80,938.57 | $68,227.51 |
| XXXXXX6025 - Money Market - Interest Bearing | $181,915.75 | $2,599.67 | $0.00 |
|  | $181,915.75 | $83,538.24 | $68,227.51 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $181,915.75 |
| Total Gross Receipts: | $181,915.75 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-19918-DRC
Debtor Name: RICHARD G. RIESS
Claims Bar Date: 11/3/2011

Date: June 22, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BRENDA PORTER HELMS<br>3400 W. LAWRENCE AVENUE<br>CHICAGO, IL 60625 | Administrative | Pursuant to the order dated 6/17/16, Trustee was allowed final compensation in the amount of $6,835.00 but amount awarded shall be reduced by $1,275.00 due to overpayment to Debtors | $0.00 | $5,110.50 | $5,110.50 |
| BOND 999 2300 | INTRENATIONAL SURETIES LTD.<br>Intrenational Sureties Ltd. | Administrative | | $0.00 | $452.73 | $452.73 |
| 100 3210 | Richard L. Hirsch, P.C. | Administrative | Awarded interim compensation in the amount of $8473.50 per order dated 12/13/13 [dkt 127]<br>Per order dated 6/17/16 [dkt 263], interim compensation was awarded as final; and claimant awarded additional compensation in the amount of $2233.00 | $0.00 | $13,121.50 | $10,706.50 |
| 100 3220 | Richard L. Hirsh, P.C. | Administrative | Awarded expenses in the amount of $27.06 per order dated 12/13/13 [dkt 127]<br>Per order dated 6/17/16 [dkt 263], prior expenses awarded as final; and claimant awarded additional expenses in the amount of $43.56 | $0.00 | $70.62 | $70.62 |
| 1 50 4220 | VELEDA JO LEVY AND CREEKS BEN LEVY<br>South LLC<br>Teller, Levit & Silvertrust, P.C<br>19 South LaSalle Street, Suite 701<br>Chicago, IL 60603 | Secured | Paid per order 11/26/12 [dkt 68] | $0.00 | $61,654.35 | $68,220.40 |
| 4 58 5800 | INTERNAL REVENUE SERVICE<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Priority | | $300.00 | $6,622.94 | $6,622.94 |
| 8 58 5800 | ILLINOIS DEPT OF REVENUE<br>Bankruptcy Section<br>P.o. Box 64338<br>Chicago, IL 60004 | Priority | Withdrawn 10/28/15 [dkt 227] | $0.00 | $0.00 | $0.00 |
| 2 70 7100 | American InfoSource LP as agent for TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | claim transferred 4/11/13 [dkt 75] | $7,802.00 | $7,628.81 | $7,628.81 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-19918-DRC
Debtor Name: RICHARD G. RIESS
Claims Bar Date: 11/3/2011

Date: June 22, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3<br>70<br>7100 | RJM ACQUISITIONS LLC<br>575 Undrehill Blvd #224<br>Syosset, NY 11791 | Unsecured | | $0.00 | $91.96 | $91.96 |
| 5<br>70<br>7100 | AMERICAN EXPRESS BANK<br>c/o Becket and lee LLP<br>POB 3001<br>Malvern, PA 19355 | Unsecured | | $7,853.34 | $7,975.63 | $7,975.63 |
| 6<br>70<br>7100 | CAPITAL ONE<br>by American InforSource LP<br>P.O. Box 71083<br>Charlotte, NC 28272 | Unsecured | | $0.00 | $2,413.41 | $2,413.41 |
| 7<br>70<br>7100 | CAPITAL ONE BANK<br>by American Infosource LP<br>P.O. Box 71083<br>Charlotte, NC 28272 | Unsecured | | $3,700.00 | $3,650.10 | $3,650.10 |
| 9<br>70<br>7100 | GLOOR LAW GROUP LLC<br>225 W. Wacker Dr #1800<br>Chicago, IL 60660 | Unsecured | Claim allowed as unsecured per order 1/13/14 [dkt 135] | $0.00 | $44,338.00 | $44,338.00 |
| 10<br>70<br>7100 | Bellande& Sargis Law Group<br>c/o Mark Sargis<br>200 W. Madison, Suite 2140<br>Chicago, IL 60606 | Unsecured | Amended claim filed 9/22/14 | $0.00 | $4,196.76 | $4,196.76 |
| 11<br>70<br>7100 | Bellande & Sargis Law Group<br>c/o Mark R. Sargis<br>200 W. Madison Suite 2140<br>Chicago, IL 60606 | Unsecured | Amended claim filed 9/22/14 | $81,900.00 | $88,110.58 | $88,110.58 |
| 12<br>70<br>7100 | JEANETTE DUDA<br>1700 Robine Lane #373<br>Lisle, IL 60532 | Unsecured | Disallowed per order 11/15/13 [dkt 120] | $0.00 | $33,333.33 | $0.00 |
| | Case Totals | | | $101,555.34 | $278,771.22 | $249,588.94 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-19918
Case Name: RICHARD G. RIESS
SANDRA M. RIESS
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand $ 68,227.51

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | VELEDA JO LEVY AND CREEKS BEN LEVY | $ 61,654.35 | $ 68,220.40 | $ 68,220.40 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 68,227.51

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS | $ 6,385.50 | $ 0.00 | $ 5,110.50 |
| Attorney for Trustee Fees: Richard L. Hirsch, P.C. | $ 10,706.50 | $ 8,473.50 | $ 2,233.00 |
| Other: INTRENATIONAL SURETIES LTD. | $ 452.73 | $ 452.73 | $ 0.00 |
| Other: Richard L. Hirsh, P.C. | $ 70.62 | $ 27.06 | $ 43.56 |

Total to be paid for chapter 7 administrative expenses $ 7,387.06

Remaining Balance $ 60,840.45

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 6,622.94 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | INTERNAL REVENUE SERVICE | $ 6,622.94 | $ 0.00 | $ 6,622.94 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 6,622.94 |
| Remaining Balance | $ | 54,217.51 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 158,405.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | CAPITAL ONE BANK | $ 3,650.10 | $ 0.00 | $ 1,249.32 |
| 9 | GLOOR LAW GROUP LLC | $ 44,338.00 | $ 0.00 | $ 15,175.61 |
| 10 | Bellande& Sargis Law Group | $ 4,196.76 | $ 0.00 | $ 1,436.43 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | American InfoSource LP as agent | $ 7,628.81 | $ 0.00 | $ 2,611.12 |
| 5 | AMERICAN EXPRESS BANK | $ 7,975.63 | $ 0.00 | $ 2,729.83 |
| 3 | RJM ACQUISITIONS LLC | $ 91.96 | $ 0.00 | $ 31.48 |
| 12 | JEANETTE DUDA | $ 0.00 | $ 0.00 | $ 0.00 |
| 11 | Bellande & Sargis Law Group | $ 88,110.58 | $ 0.00 | $ 30,157.68 |
| 6 | CAPITAL ONE | $ 2,413.41 | $ 0.00 | $ 826.04 |

Total to be paid to timely general unsecured creditors    $    54,217.51

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE