UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    §
                                          §
                                          §
RICHARD G. RIESS                          §    Case No. 11-19918
SANDRA M. RIESS                           §
                                          §
                                          §
            Debtors                       §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,234.00 *(Without deducting any secured claims)* | Assets Exempt: 27,400.00 |
| Total Distributions to Claimants: 129,060.85 | Claims Discharged Without Payment: 496,440.82 |
| Total Expenses of Administration: 22,704.90 | |

  3) Total gross receipts of $ 181,915.75 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 30,150.00 (see **Exhibit 2**), yielded net receipts of $ 151,765.75 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 61,654.35 | $ 68,220.40 | $ 68,220.40 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 26,394.90 | 22,704.90 | 22,704.90 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 500.00 | 6,622.94 | 6,622.94 | 6,622.94 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 493,308.42 | 191,738.58 | 158,405.25 | 54,217.51 |
| **TOTAL DISBURSEMENTS** | $ 493,808.42 | $ 286,410.77 | $ 255,953.49 | $ 151,765.75 |

4) This case was originally filed under chapter 7 on 05/10/2011 . The case was pending for 66 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/03/2016             By: /s/BRENDA PORTER HELMS, TRUSTEE
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Contingent Claims | 1129-000 | 81,900.00 |
| ONE THIRD INTEREST IN SETTLEMENT OF CASE #08 L 000 | 1129-000 | 85,000.00 |
| ONE THIRD INTEREST IN SETTLEMENT OF CASE #08 L 000 | 1142-000 | 7,500.00 |
| ONE THIRD INTEREST IN SETTLEMENT OF CASE #08 L 000 | 1142-000 | 7,500.00 |
| Post-Petition Interest Deposits | 1270-000 | 15.75 |
| **TOTAL GROSS RECEIPTS** | | **$181,915.75** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| REISS, RICHARD | Exemptions | 8100-002 | 15,000.00 |
| REISS, SANDRA | Exemptions | 8100-002 | 10,050.00 |
| RICHARD AND SANDRA REISS | Exemptions | 8100-002 | 2,550.00 |
| RICHARD AND SANDRA RIESS | Exemptions | 8100-002 | 2,550.00 |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 30,150.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | VELEDA JO LEVY AND CREEKS BEN LEVY | 4220-000 | NA | 61,654.35 | 68,220.40 | 68,220.40 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 61,654.35 | $ 68,220.40 | $ 68,220.40 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRENDA PORTER HELMS | 2100-000 | NA | 6,385.50 | 5,110.50 | 5,110.50 |
| INTRENATIONAL SURETIES LTD. | 2300-000 | NA | 452.73 | 452.73 | 452.73 |
| ASSOCIATED BANK | 2600-000 | NA | 4,004.66 | 4,004.66 | 4,004.66 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 2,359.89 | 2,359.89 | 2,359.89 |
| Richard L. Hirsch, P.C. | 3210-000 | NA | 13,121.50 | 10,706.50 | 10,706.50 |
| Richard L. Hirsh, P.C. | 3220-000 | NA | 70.62 | 70.62 | 70.62 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 26,394.90 | $ 22,704.90 | $ 22,704.90 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60602 | | 200.00 | NA | NA | 0.00 |
| 8 | ILLINOIS DEPT OF REVENUE | 5800-000 | NA | 0.00 | 0.00 | 0.00 |
| 4 | INTERNAL REVENUE SERVICE | 5800-000 | 300.00 | 6,622.94 | 6,622.94 | 6,622.94 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 500.00 | $ 6,622.94 | $ 6,622.94 | $ 6,622.94 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ATI Physical Therepy 790 Remington Blvd. Bolingbrook, IL 60440 | | 693.53 | NA | NA | 0.00 |
| | Ben H. Levy & Veleda Jo Levy 640 S. Broadway #101 Lexington, KY 40508 | | 60,154.50 | NA | NA | 0.00 |
| | Central DuPage Hospital 25 North Winfield Road Winfield, IL 60190 | | 4,585.95 | NA | NA | 0.00 |
| | Citibank Mastercard Citibank South Dakota N.A. P.O. Box 653034 Dallas, TX 75265-3054 | | 4,442.72 | NA | NA | 0.00 |
| | Creekside South LLC c/o Ben H. Levy 274 Southland Dr. Ste.#103 Lexington, KY 40503 | | 60,154.50 | NA | NA | 0.00 |
| | Delnor Hospital 300 Randell Rd. Geneva, IL 60134 | | 56.50 | NA | NA | 0.00 |
| | Edward Hospital P.O. Box 843442 Kansas City, MO 64184 | | 1,227.38 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Orthopedics DuPage 27650 Ferry Rd. Warrenville, IL 60555 |  | 738.00 | NA | NA | 0.00 |
|  | U.S. Bank N.A. ttee CMLTI2007-WFHE1 c/o Pierce and Assoc. One No. Dearborn St. 13th Floor Chicago, IL 60602 |  | 260,000.00 | NA | NA | 0.00 |
| 5 | AMERICAN EXPRESS BANK | 7100-000 | 7,853.34 | 7,975.63 | 7,975.63 | 2,729.83 |
| 2 | American InfoSource LP as agent | 7100-000 | 7,802.00 | 7,628.81 | 7,628.81 | 2,611.12 |
| 11 | Bellande & Sargis Law Group | 7100-000 | 81,900.00 | 88,110.58 | 88,110.58 | 30,157.68 |
| 10 | Bellande& Sargis Law Group | 7100-000 | NA | 4,196.76 | 4,196.76 | 1,436.43 |
| 6 | CAPITAL ONE | 7100-000 | NA | 2,413.41 | 2,413.41 | 826.04 |
| 7 | CAPITAL ONE BANK | 7100-000 | 3,700.00 | 3,650.10 | 3,650.10 | 1,249.32 |
| 9 | GLOOR LAW GROUP LLC | 7100-000 | 0.00 | 44,338.00 | 44,338.00 | 15,175.61 |
| 12 | JEANETTE DUDA | 7100-000 | NA | 33,333.33 | 0.00 | 0.00 |
| 3 | RJM ACQUISITIONS LLC | 7100-000 | NA | 91.96 | 91.96 | 31.48 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 493,308.42 | $ 191,738.58 | $ 158,405.25 | $ 54,217.51 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 11-19918 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | RICHARD G. RIESS | | | | Date Filed (f) or Converted (c): | 05/10/2011 (f) |
| | SANDRA M. RIESS | | | | 341(a) Meeting Date: | 07/13/2011 |
| For Period Ending: | 10/03/2016 | | | | Claims Bar Date: | 11/03/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 200.00 | 0.00 | | 0.00 | FA |
| 2. BANK OF AMERICA CHECKING ACCOUNT ENDING IN #3249 | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. SECURITY DEPOSIT ON 83RD ST. PROPERTY | 700.00 | 0.00 | | 0.00 | FA |
| 4. Household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 6. Furs & Jewelry | 700.00 | 0.00 | | 0.00 | FA |
| 7. TWO TERM LIFE INSURANCE POLICIES- NO CASH SURRENDE | 0.00 | 0.00 | | 0.00 | FA |
| 8. ONE THIRD INTEREST IN SETTLEMENT OF CASE #08 L 000 | 33,333.00 | 0.00 | | 92,500.00 | FA |
| 9. ONE THIRD INTEREST IN SETTLEMENT OF CASE #08 L 000 | 33,333.00 | 0.00 | | 7,500.00 | FA |
| 10. Contingent Claims | 81,900.00 | 0.00 | | 81,900.00 | FA |
| 11. 1998 Chevy S-10 w/ 80,000 miles | 2,400.00 | 0.00 | | 0.00 | FA |
| 12. 1996 Dodge Ram Van w/ 120,000 miles | 1,500.00 | 0.00 | | 0.00 | FA |
| 13. refund on joint 2010 tax return (u) | 534.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits          (u) | Unknown | N/A | | 15.75 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $157,100.00         $0.00         $181,915.75         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Creditors are arguing over claims filed.  Next hearing scheduled for 11/21/14
Claim objections between creditors resolved 6/15.  Trustee preparing TFR

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Initial Projected Date of Final Report (TFR): 12/31/2013        Current Projected Date of Final Report (TFR): 12/30/2015

Exhibit 8

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 11-19918 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: RICHARD G. RIESS | Bank Name: Associated Bank |
| SANDRA M. RIESS | Account Number/CD#: XXXXXX1350 |
| | Checking - Non Interest |
| Taxpayer ID No: XX-XXX6787 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/03/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | $176,766.08 | | $176,766.08 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $61.75 | $176,704.33 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $112.58 | $176,591.75 |
| 12/04/12 | 10001 | BEN LEVY, VELEDA JO LEVY AND CREEKS South LLC | Final Distribution Payment of claim #1 per order 11/26/12 [dkt 68] | 4210-000 | | $68,220.40 | $108,371.35 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $108.87 | $108,262.48 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $81.59 | $108,180.89 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $160.82 | $108,020.07 |
| 02/15/13 | 10002 | INTERNATIONAL SURETIES LTD | Bond #016026455 | 2300-000 | | $96.68 | $107,923.39 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $145.05 | $107,778.34 |
| 03/23/13 | 10003 | REISS, SANDRA | debtor's exemption | 8100-000 | | $2,550.00 | $105,228.34 |
| 03/23/13 | 10004 | REISS, RICHARD | debtor's exemption | 8100-000 | | $15,000.00 | $90,228.34 |
| 03/23/13 | 10005 | REISS, SANDRA | debtor's exemption | 8100-000 | | $7,500.00 | $82,728.34 |
| 03/23/13 | 10006 | RICHARD AND SANDRA REISS | debtors exemption | 8100-000 | | $2,550.00 | $80,178.34 |
| 04/01/13 | 10003 | Reverses Check # 10003 | debtor's exemption | 8100-000 | | ($2,550.00) | $82,728.34 |
| 04/01/13 | 10004 | Reverses Check # 10004 | debtor's exemption | 8100-000 | | ($15,000.00) | $97,728.34 |
| 04/01/13 | 10005 | Reverses Check # 10005 | debtor's exemption | 8100-000 | | ($7,500.00) | $105,228.34 |
| 04/01/13 | 10006 | Reverses Check # 10006 | debtors exemption | 8100-000 | | ($2,550.00) | $107,778.34 |

Page Subtotals: $176,766.08  $68,987.74

UST Form 101-7-TDR (10/1/2010) (Page: 10)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 11-19918 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: RICHARD G. RIESS | Bank Name: Associated Bank |
| SANDRA M. RIESS | Account Number/CD#: XXXXXX1350 |
| | Checking - Non Interest |
| Taxpayer ID No: XX-XXX6787 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/03/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/01/13 | 10007 | REISS, SANDRA | debtor's exemption | 8100-002 | | $2,550.00 | $105,228.34 |
| 04/01/13 | 10008 | REISS, RICHARD | debtor's exemption | 8100-002 | | $15,000.00 | $90,228.34 |
| 04/01/13 | 10009 | REISS, SANDRA | debtor's exemption | 8100-002 | | $7,500.00 | $82,728.34 |
| 04/01/13 | 10010 | RICHARD AND SANDRA REISS | debtors exemption | 8100-002 | | $2,550.00 | $80,178.34 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $160.23 | $80,018.11 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $120.42 | $79,897.69 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $118.79 | $79,778.90 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $114.78 | $79,664.12 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $118.44 | $79,545.68 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $118.26 | $79,427.42 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $114.29 | $79,313.13 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $117.92 | $79,195.21 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $113.94 | $79,081.27 |
| 12/17/13 | 10011 | RICHARD L. HIRSH P.C. | attornyes fees Paid per order 12/13/13 [dkt 127] | 3210-000 | | $8,473.50 | $70,607.77 |
| 12/17/13 | 10012 | RICAHRD L. HIRSH P.C. | Attorney expenses Paid per order 12/13/13 [dkt 127] | 3220-000 | | $27.06 | $70,580.71 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $114.31 | $70,466.40 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $104.77 | $70,361.63 |

Page Subtotals: $0.00 $37,416.71

UST Form 101-7-TDR (10/1/2010) (Page: 11)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-19918 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: RICHARD G. RIESS | Bank Name: Associated Bank |
| SANDRA M. RIESS | Account Number/CD#: XXXXXX1350 |
| | Checking - Non Interest |
| Taxpayer ID No: XX-XXX6787 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/03/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/15/14 | 10013 | INTERNATIONAL SURETIES LTD 701 Polydras St. #420 New Orleans LA 70139 | Bond premiun bond #016026455 | 2300-000 | | $66.86 | $70,294.77 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $94.48 | $70,200.29 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $104.37 | $70,095.92 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $100.85 | $69,995.07 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $104.06 | $69,891.01 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $100.55 | $69,790.46 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $103.76 | $69,686.70 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $103.61 | $69,583.09 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $100.12 | $69,482.97 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $103.30 | $69,379.67 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $99.82 | $69,279.85 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $102.99 | $69,176.86 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $102.85 | $69,074.01 |
| 02/19/15 | 10014 | ARTHUR B. LEVINE COMPANY | bond premium | 2300-000 | | $49.41 | $69,024.60 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $92.75 | $68,931.85 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $102.48 | $68,829.37 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $99.03 | $68,730.34 |

Page Subtotals: $0.00    $1,631.29

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-19918  
Case Name: RICHARD G. RIESS  
SANDRA M. RIESS  

Trustee Name: BRENDA PORTER HELMS, TRUSTEE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX1350  
Checking - Non Interest  

Taxpayer ID No: XX-XXX6787  
For Period Ending: 10/03/2016  

Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $102.18 | $68,628.16 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $98.73 | $68,529.43 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $101.88 | $68,427.55 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $101.73 | $68,325.82 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $98.31 | $68,227.51 |
| 07/18/16 | 10015 | The Helms Law Firm P.C. | trustee compensation Reversal wrong endorsement stamp used to deposit | 2100-000 | | ($5,110.50) | $73,338.01 |
| 07/18/16 | 10015 | The Helms Law Firm P.C. | trustee compensation | 2100-000 | | $5,110.50 | $68,227.51 |
| 07/18/16 | 10016 | Ricahrd L. Hirsh P.C. | Attorney fees | 3210-000 | | $2,233.00 | $65,994.51 |
| 07/18/16 | 10017 | Ricahrd L. Hirsh P.C. | attorney expenses | 3220-000 | | $43.56 | $65,950.95 |
| 07/18/16 | 10018 | Interanl Revenue Service | priority tax claim | 5800-000 | | $6,622.94 | $59,328.01 |
| 07/18/16 | 10019 | Capital One Bank | Final distibution to creditors | 7100-000 | | $1,249.32 | $58,078.69 |
| 07/18/16 | 10020 | Gloor Law Group LLC | Final distibution to creditors | 7100-000 | | $15,175.61 | $42,903.08 |
| 07/18/16 | 10021 | Bellande & Sargis Law Group | Final distibution to creditors | | | $31,594.11 | $11,308.97 |
| | | Bellande& Sargis Law Group | ($1,436.43) | 7100-000 | | | |
| | | Bellande & Sargis Law Group | ($30,157.68) | 7100-000 | | | |

Page Subtotals: $0.00   $57,421.37

UST Form 101-7-TDR (10/1/2010)  (Page: 13)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-19918 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: RICHARD G. RIESS | Bank Name: Associated Bank |
| SANDRA M. RIESS | Account Number/CD#: XXXXXX1350 |
| | Checking - Non Interest |
| Taxpayer ID No: XX-XXX6787 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/03/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/18/16 | 10022 | American InfoSource LP | Final distibution to creditors | 7100-000 | | $2,611.12 | $8,697.85 |
| 07/18/16 | 10023 | American Express Bank | Final distibution to creditors | 7100-000 | | $2,729.83 | $5,968.02 |
| 07/18/16 | 10024 | RJM Acquisitions LLC | Final distibution to creditors | 7100-000 | | $31.48 | $5,936.54 |
| 07/18/16 | 10025 | Capital One | Final distibution to creditors | 7100-000 | | $826.04 | $5,110.50 |
| 07/18/16 | 10026 | The Helms Law Firm P.C. | trustee compensation | 2100-000 | | $5,110.50 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $176,766.08 | $176,766.08 |
| Less: Bank Transfers/CD's | $176,766.08 | $0.00 |
| Subtotal | $0.00 | $176,766.08 |
| Less: Payments to Debtors | $0.00 | $27,600.00 |
| Net | $0.00 | $149,166.08 |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Page Subtotals: $0.00    $11,308.97

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 11-19918 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: RICHARD G. RIESS | Bank Name: Bank of America |
| SANDRA M. RIESS | Account Number/CD#: XXXXXX6025 |
| | Money Market - Interest Bearing |
| Taxpayer ID No: XX-XXX6787 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/03/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/28/11 | 10 | BELLANDE & SARGIS LAW GROUP 19 S. LaSalle St #1203Chicago IL 60603 | turnover of escrow account | 1129-000 | $81,900.00 | | $81,900.00 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.65 | | $81,900.65 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $97.61 | $81,803.04 |
| 11/12/11 | 8 | WALSH KNIPPEN KNIGHT & POLLOCK 2150 Manchester Road #200Wheaton IL 60187 | lawsuit proceeds | 1129-000 | $85,000.00 | | $166,803.04 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $1.00 | | $166,804.04 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $149.76 | $166,654.28 |
| 12/01/11 | 8 | STATE FARM FIRE AND CASUALTY CO Bloomington IL | partial proceeds of lawsuit | 1142-000 | $7,500.00 | | $174,154.28 |
| 12/01/11 | 9 | STATE FARM FIRE AND CASUALTY CO Bloomington IL | partial proceeds of state court lit | 1142-000 | $7,500.00 | | $181,654.28 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $1.51 | | $181,655.79 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $220.26 | $181,435.53 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $1.55 | | $181,437.08 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $237.95 | $181,199.13 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $1.44 | | $181,200.57 |
| 02/29/12 | 101 | INTRENATIONAL SURETIES LTD. | Trustee bond | 2300-000 | | $239.78 | $180,960.79 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $215.36 | $180,745.43 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $1.52 | | $180,746.95 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $222.28 | $180,524.67 |

Page Subtotals: $181,907.67   $1,383.00

UST Form 101-7-TDR (10/1/2010) (Page: 15)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-19918 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: RICHARD G. RIESS | Bank Name: Bank of America |
| SANDRA M. RIESS | Account Number/CD#: XXXXXX6025 |
| | Money Market - Interest Bearing |
| Taxpayer ID No: XX-XXX6787 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/03/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/14/12 | 102 | RICHARD AND SANDRA RIESS | exemption in Tronox claims | 8100-002 | | $2,550.00 | $177,974.67 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $1.48 | | $177,976.15 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $228.10 | $177,748.05 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $1.51 | | $177,749.56 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $225.83 | $177,523.73 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $1.45 | | $177,525.18 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $210.99 | $177,314.19 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $1.51 | | $177,315.70 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $232.54 | $177,083.16 |
| 08/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $1.50 | | $177,084.66 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $224.98 | $176,859.68 |
| 09/14/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $0.63 | | $176,860.31 |
| 09/14/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | $94.23 | $176,766.08 |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | $176,766.08 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $181,915.75 | $181,915.75 |
| Less: Bank Transfers/CD's | $0.00 | $176,766.08 |
| Subtotal | $181,915.75 | $5,149.67 |
| Less: Payments to Debtors | $0.00 | $2,550.00 |
| Page Subtotals: | $8.08 | $180,532.75 |

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

Net        $181,915.75            $2,599.67

Exhibit 9

Page Subtotals:            $0.00            $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1350 - Checking - Non Interest | $0.00 | $149,166.08 | $0.00 |
| XXXXXX6025 - Money Market - Interest Bearing | $181,915.75 | $2,599.67 | $0.00 |
|  | $181,915.75 | $151,765.75 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $181,915.75 |
| Total Gross Receipts: | $181,915.75 |

Page Subtotals:    $0.00    $0.00